### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

COMPUTER & COMMUNICATIONS INDUSTRY
ASSOCIATION,

    *Plaintiff,*

V.

KEN PAXTON, IN HIS OFFICIAL CAPACITY AS
ATTORNEY GENERAL OF TEXAS,

    *Defendant.*

CASE NO. 1:25-CV-01660-RP

---

## KEN PAXTON'S NOTICE OF APPEAL

Defendant Ken Paxton, in his official capacity as Attorney General of Texas appeals this Court's Order entered on December 23, 2025, to the United States Court of Appeals for the Fifth Circuit. *See* Order Granting Plaintiffs' Motion for Preliminary Injunction, ECF No. 65. The order granting a preliminary injunction is immediately appealable. *See* 28 U.S.C. § 1292(a)(1).


Date: December 23, 2025

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**RYAN D. WALTERS**
Deputy Attorney General for Legal Strategy

**RYAN G. KERCHER**
Chief, Special Litigation Division
Texas Bar No. 24060998
ryan.kercher@oag.texas.gov

Respectfully submitted.

/s/ *Zachary W. Berg*
**ZACHARY W. BERG**
Special Counsel
Texas Bar No. 24107706

**STEVEN B. LOOMIS**
Special Counsel
Texas Bar No. 00793177

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
zachary.berg@oag.texas.gov
steven.loomis@oag.texas.gov

**COUNSEL FOR DEFENDANT PAXTON**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on December 23, 2025 and that all counsel of record were served by CM/ECF.

/s/ *Zachary W. Berg*

**ZACHARY W. BERG**