# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 28, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

            No. 25-51073 Consolidated with No. 26-50001
                     Computer v. Paxton
                     USDC No. 1:25-CV-1662
                     USDC No. 1:25-CV-1660


Enclosed is an order entered in these cases.

                     Sincerely,

                     LYLE W. CAYCE, Clerk

                     By: _____
                     Mary Frances Yeager, Deputy Clerk
                     504-310-7686

Mr. Zachary Berg
Mr. Harvey Grannis Brown Jr.
Mr. Philip Devlin
Mr. William C. Duncan
Ms. Abigail Everdell
Mr. David Morris Gossett
Ms. Ambika Kumar
Mr. Michael Lambert
Mr. Edward Peter Percarpio
Mr. William Reid Pillifant
Ms. Laura Lee Prather
Ms. Catherine Lewis Robb
Mr. Adam Sieff
Mr. Jeffrey A. Stephens
Mr. Brian M. Willen
Ms. Haley B. Zoffer