# United States Court of Appeals for the Fifth Circuit

No. 25-51073

United States Court of Appeals
Fifth Circuit

**FILED**

May 28, 2026

Lyle W. Cayce
Clerk

STUDENTS ENGAGED IN ADVANCING TEXAS;
M.F., *by and through next friend* VANESSA FERNANDEZ;
Z.B., *by and through next friend* S.B.,

*Plaintiffs—Appellees*,

*versus*

KEN PAXTON, *in his official capacity as the Texas Attorney General*,

*Defendant—Appellant*,

CONSOLIDATED WITH

No. 26-50001

COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,

*Plaintiff—Appellee*,

*versus*

KEN PAXTON, *in his official capacity as Attorney General of Texas*,

*Defendant—Appellant*.

No. 25-51073
c/w No. 26-50001

_____

Appeals from the United States District Court
for the Western District of Texas
USDC No. 1:25-CV-1662
USDC No. 1:25-CV-1660

_____

UNPUBLISHED ORDER

Before SMITH, HAYNES, and OLDHAM, *Circuit Judges*.

PER CURIAM:

This administrative panel has under advisement the appellant's motion to stay the district court's universal preliminary injunctions pending appeal. That motion is in the briefing stage; the appellant's reply in support of the motion is due June 2, 2026.

Pending a ruling on the motion for stay pending appeal, IT IS ORDERED that the preliminary injunctions are temporarily and administratively STAYED.