**Nos. 25-51073 & 26-50001**

# In the United States Court of Appeals for the Fifth Circuit

STUDENTS ENGAGED IN ADVANCING TEXAS; M.F., BY AND THROUGH NEXT FRIEND, VANESSA FERNANDEZ; Z.B., BY AND THROUGH NEXT FRIEND S.B.,

*Plaintiffs-Appellees,*

*v.*

KEN PAXTON, IN HIS OFFICIAL CAPACITY AS THE TEXAS ATTORNEY GENERAL,

*Defendant-Appellant.*

*consolidated with*

COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,

*Plaintiff-Appellee,*

*v.*

KEN PAXTON, IN HIS OFFICIAL CAPACITY AS THE TEXAS ATTORNEY GENERAL,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

**APPELLEES' JOINT OPPOSED MOTION TO EXPEDITE ORAL ARGUMENT**

*Counsel for SEAT*
*Plaintiffs-Appellees*

Adam Sieff
Haley Zoffer
DAVIS WRIGHT TREMAINE LLP
350 S. Grand Ave, 27th Floor
Los Angeles, CA 90071
adamsieff@dwt.com

Ambika Kumar
DAVIS WRIGHT TREMAINE LLP

*Counsel for CCIA*
*Plaintiff-Appellee*

Brian Willen
WILSON SONSINI GOODRICH & ROSATI
31 W 52nd St., Fifth Floor
New York, NY 10019
bwillen@wsgr.com

Edward Percarpio
WILSON SONSINI GOODRICH & ROSATI
1700 K St. NW

920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
ambikakumar@dwt.com

David Gossett
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005
Telephone: (202) 973-4200
davidgossett@dwt.com

Abigail Everdell
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
abigaileverdell@dwt.com

Washington, D.C. 20006
epercarpio@wsgr.com

Laura Lee Prather
Catherine L. Robb
Michael J. Lambert
Reid Pillifant
HAYNES AND BOONE, LLP
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
laura.prather@haynesboone.com

In accordance with <u>Federal Rule of Appellate Procedure 27</u>, Appellees file this Motion to Expedite Oral Argument and request that the Court expedite oral argument and set this matter for the Court's August 3–6, 2026 oral argument sitting. In support, Appellees show the following:

1.      On December 23, 2025, the United States District Court for the Western District of Texas entered preliminary injunctions enjoining the enforcement of Texas Senate Bill 2420, codified at <u>Tex. Bus. & Com. Code §§ 121.021</u>, *et seq.*, before the law took effect.

2.      On June 4, 2026, this Court granted Appellant's Motion to Stay the preliminary injunctions pending appeal.

3.      Appellant filed his opening brief on May 18, 2026. Appellees' briefs are due on June 17, 2026. Appellant's reply brief is currently due on July 8, 2026, though it expects to seek an additional 7 days for that brief.

4.      Good cause exists to expedite oral argument to the August 3–6, 2026 sitting. This Court's stay of the preliminary injunctions has altered the status quo, allowing a statute to take effect that subjects Appellees to irreparable harm and that the District Court found likely

violates the First Amendment. Whether SB 2420 is constitutional should be decided as soon as possible. Because briefing will conclude no later than July 15, 2026, more than three weeks before the August 3–6, 2026 sitting, the Court will have the opportunity to review the parties' submissions in advance of oral argument.

5.    Setting oral argument for the August 3–6, 2026 sitting would therefore allow for prompt resolution of this appeal, mitigating the harm Appellees face under the stay and promoting judicial efficiency.

6.    Appellees expect to file applications asking the U.S. Supreme Court to vacate the stay. But given the uncertainty about when such applications would be resolved by the Supreme Court, Appellees file this motion now to give this Court the maximum amount of time to consider their scheduling request.

7.    Appellant opposes the Motion in part and has advised that he will explain its position to the Court in a written response to the Motion.

For the above reasons, Appellees request that this Court set this matter for oral argument during the August 3–6, 2026 sitting (or as soon as possible thereafter).

Dated: June 8, 2026

/s/  Brian M. Willen
Brian M. Willen

Brian Willen
WILSON SONSINI
GOODRICH & ROSATI
31 W 52nd St., Fifth Floor
New York, New York 10019
Telephone: (650) 849-3340
bwillen@wsgr.com

Edward Percarpio
WILSON SONSINI
GOODRICH & ROSATI
1700 K St. NW
Washington, D.C. 20006
Telephone: (202) 973 8898
epercarpio@wsgr.com

Laura Lee Prather
Catherine L. Robb
Michael J. Lambert
Reid Pillifant
HAYNES AND BOONE, LLP
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
laura.prather@haynesboone.com

*Attorneys for CCIA Plaintiff-Appellee*

Dated: June 8, 2026

/s/  Adam S. Sieff
Adam S. Sieff

Adam S. Sieff
Haley B. Zoffer
DAVIS WRIGHT TREMAINE LLP
350 South Grand Ave, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
adamsieff@dwt.com

Ambika Kumar
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7312
ambikakumar@dwt.com

3

haleyzoffer@dwt.com

Abigail B. Everdell
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 603-6488
abigaileverdell@dwt.com

erwinreschke@dwt.com

David M. Gossett
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005
Telephone: (202) 973-4200
davidgossett@dwt.com
celyramyers@dwt.com

*Attorneys for SEAT Plaintiffs-Appellees*

## CERTIFICATE OF CONFERENCE

On June 4-5, 2026, I conferred with Jeff Stephens, counsel for Appellant, who informed me by email that Appellant opposes the relief requested in part and will explain its position to the Court in a written response to the Motion.

*/s/ Brian M. Willen*
Brian M. Willen

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I also certify that service will be accomplished on all registered CM/ECF users by the appellate CM/ECF system, that any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13, and that the document has been scanned and is free of viruses.

Dated: June 8, 2026

*/s/ Brian M. Willen*
Brian M. Willen

*Counsel for Appellees*

## **CERTIFICATE OF COMPLIANCE**

I certify the following in compliance with Federal Rule of Appellate Procedure 27: The foregoing motion is in 14-point, proportionally-spaced serif font (Century Schoolbook) and contains 379 words, excluding the parts of the document exempted by Rule 32(f).

Dated: June 8, 2026

*/s/ Brian M. Willen*
Brian M. Willen

*Counsel for Appellees*