# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 1, 2026

Lyle W. Cayce
Clerk

No. 25-51073

STUDENTS ENGAGED IN ADVANCING TEXAS; M. F., BY and THROUGH NEXT FRIEND VANESSA FERNANDEZ; Z. B., BY and THROUGH NEXT FRIEND S.B.,

*Plaintiffs—Appellees,*

*versus*

KEN PAXTON, *in his official capacity as the Texas Attorney General*,

*Defendant—Appellant,*

CONSOLIDATED WITH

No. 26-50001

COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,

*Plaintiff—Appellee,*

*versus*

KEN PAXTON, *in his official capacity as Attorney General of Texas*,

*Defendant—Appellant.*

_____

Appeals from the United States District Court
for the Western District of Texas
USDC No. 1:25-CV-1662
USDC No. 1:25-CV-1660

_____

UNPUBLISHED ORDER

Before SMITH, HAYNES, and OLDHAM, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that appellees' motion to expedite oral argument, treated as a motion to expedite the appeal, is GRANTED in part. The motion to expedite the appeal is GRANTED. The motion for oral argument, including the question of when any oral argument would occur, is CARRIED WITH THE CASE, to be decided by the merits panel to which this matter is expedited.

IT IS FURTHER ORDERED that appellant's motion for an extension to July 27, 2026, to file his reply brief is DENIED. Fifth Circuit Rule 31.4.4 states that "[t]he court greatly disfavors all extensions of time for filing reply briefs. The court assumes that the parties have had ample opportunity to present their arguments in their initial briefs and that extensions for reply briefs only delay submission of the case to the court."

IT IS FURTHER ORDERED that the motion of Association for Competitive Technology for leave to file a brief as *amicus curiae* is GRANTED.

IT IS FURTHER ORDERED that the motion of Surveillance Technology Oversight Project for leave to file a brief as *amicus curiae* is GRANTED.