# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 2, 2026

Lyle W. Cayce
Clerk

No. 25-51073

STUDENTS ENGAGED IN ADVANCING TEXAS; M. F., BY and THROUGH NEXT FRIEND VANESSA FERNANDEZ; Z. B., BY and THROUGH NEXT FRIEND S.B.,

*Plaintiffs—Appellees*,

*versus*

KEN PAXTON, *in his official capacity as the Texas Attorney General*,

*Defendant—Appellant*,

CONSOLIDATED WITH

No. 26-50001

COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,

*Plaintiff—Appellee*,

*versus*

KEN PAXTON, *in his official capacity as Attorney General of Texas*,

*Defendant—Appellant*.

No. 25-51073
c/w No. 26-50001

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:25-CV-1662
USDC No. 1:25-CV-1660

_____

ORDER:

IT IS ORDERED that the motion filed by Appellee Computer &
Communications Industry Association for oral argument is GRANTED.


LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

2